UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                              Case No. 13-01175

CLARISSA BODDIE

Debtor(s)

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/11/2013, and was converted to chapter 13 on 01/11/2013.

2) The plan was confirmed on NA .

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA .

5) The case was dismissed on 05/13/2013.

6) Number of months from filing to last payment: 2.

7) Number of months case was pending: 11.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $20.00 |
| Less amount refunded to debtor | $18.98 |
| **NET RECEIPTS:** | **$1.02** |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1.02 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$1.02** |

Attorney fees paid and disclosed by debtor:       $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AAC | Unsecured | 602.00 | NA | NA | 0.00 | 0.00 |
| AFNI INC | Unsecured | 1,394.00 | NA | NA | 0.00 | 0.00 |
| ARNOLD SCOTT HARRIS | Unsecured | 637.00 | NA | NA | 0.00 | 0.00 |
| ARNOLD SCOTT HARRIS | Unsecured | 496.00 | NA | NA | 0.00 | 0.00 |
| ARNOLD SCOTT HARRIS | Unsecured | 706.00 | NA | NA | 0.00 | 0.00 |
| ARNOLD SCOTT HARRIS | Unsecured | 353.00 | NA | NA | 0.00 | 0.00 |
| ARNOLD SCOTT HARRIS | Unsecured | 213.00 | NA | NA | 0.00 | 0.00 |
| ARNOLD SCOTT HARRIS | Unsecured | 426.00 | NA | NA | 0.00 | 0.00 |
| ARNOLD SCOTT HARRIS | Unsecured | 285.00 | NA | NA | 0.00 | 0.00 |
| ARNOLD SCOTT HARRIS | Unsecured | 357.00 | NA | NA | 0.00 | 0.00 |
| ARNOLD SCOTT HARRIS | Unsecured | 497.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | 602.00 | 602.50 | 602.50 | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | NA | 284.22 | 284.22 | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | NA | 505.67 | 505.67 | 0.00 | 0.00 |
| Bally's Total Fitness | Unsecured | 3,377.00 | NA | NA | 0.00 | 0.00 |
| Cash Store | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CBCS | Unsecured | 3,401.00 | NA | NA | 0.00 | 0.00 |
| Certegy | Unsecured | 127.00 | NA | NA | 0.00 | 0.00 |
| CHASE | Unsecured | 524.56 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 280.00 | NA | NA | 0.00 | 0.00 |
| Comcast | Unsecured | 256.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 7,415.07 | 10,719.52 | 10,719.52 | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 6,719.21 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 6,921.00 | NA | NA | 0.00 | 0.00 |
| Contract Callers Inc. | Unsecured | 10,720.00 | NA | NA | 0.00 | 0.00 |
| CPS SECURITY | Unsecured | 550.02 | NA | NA | 0.00 | 0.00 |
| CREDIT ACCEPTANCE CORP | Unsecured | NA | 5,294.25 | 9,169.25 | 0.00 | 0.00 |
| CREDIT ACCEPTANCE CORP | Secured | NA | 3,875.00 | 3,875.00 | 0.00 | 0.00 |
| CREDIT ACCEPTANCE CORP | Unsecured | 8,109.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT LP | Unsecured | 269.00 | NA | NA | 0.00 | 0.00 |
| Credit Protection Association | Unsecured | 103.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| DECA FIN SVCS | Unsecured | 1,908.00 | NA | NA | 0.00 | 0.00 |
| DeKalb County | Unsecured | 794.36 | NA | NA | 0.00 | 0.00 |
| Dixmoor Fire Dept | Unsecured | 480.00 | NA | NA | 0.00 | 0.00 |
| Dr. Thorton | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ECONOMY FURNITURE | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| Enterprise Rent A Car | Unsecured | 124.00 | NA | NA | 0.00 | 0.00 |
| FIFTH THIRD BANK | Unsecured | 192.24 | NA | NA | 0.00 | 0.00 |
| FIFTH THIRD BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Gallatin River Comm | Unsecured | 382.00 | NA | NA | 0.00 | 0.00 |
| Gregory Emergency Physicians | Unsecured | 649.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE CO | Unsecured | 600.00 | 820.71 | 820.71 | 0.00 | 0.00 |
| Illinois Collection Serv | Unsecured | 575.00 | NA | NA | 0.00 | 0.00 |
| Ingalls Memorial Hospital | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Ingalls Memorial Hospital | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Jackson Remon | Unsecured | 490.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 9,605.00 | 11,109.01 | 11,109.01 | 0.00 | 0.00 |
| Lee County | Unsecured | 1,733.00 | NA | NA | 0.00 | 0.00 |
| Lee County Housing Authority | Unsecured | 3,617.00 | NA | NA | 0.00 | 0.00 |
| Little Company of Mary Hospital | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MCI | Unsecured | 311.00 | NA | NA | 0.00 | 0.00 |
| MCOA | Unsecured | 750.00 | 750.00 | 750.00 | 0.00 | 0.00 |
| Melanie Fitness Cent | Unsecured | 377.00 | NA | NA | 0.00 | 0.00 |
| Morrison Community College | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| Morrison Community College | Unsecured | 33.00 | NA | NA | 0.00 | 0.00 |
| Morrison Community College | Unsecured | 33.00 | NA | NA | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 250.00 | 250.00 | 250.00 | 0.00 | 0.00 |
| Nation Wide Cassel LP | Unsecured | 10,000.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 1,065.48 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 1,045.00 | NA | NA | 0.00 | 0.00 |
| Payliance | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| Payliance | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| Payliance | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Payliance | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| Payliance | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| Payliance | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 564.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 121.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 1,331.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANK CARD | Unsecured | 335.00 | 398.96 | 398.96 | 0.00 | 0.00 |
| Public Storage | Unsecured | 83.00 | NA | NA | 0.00 | 0.00 |
| QC Financial FSS | Unsecured | 1,015.00 | NA | NA | 0.00 | 0.00 |
| Robert J. Bielski, M.D. | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| RRCA Account Mgmt | Unsecured | 412.00 | NA | NA | 0.00 | 0.00 |
| Sauk Village Community College | Unsecured | 1,217.29 | NA | NA | 0.00 | 0.00 |
| Sonnenschein FNL SVCS | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| SOUTH SUBURBAN HOSPITAL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 5,448.30 | 23,888.70 | 23,888.70 | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 286.50 | NA | NA | 0.00 | 0.00 |
| St. Francis Hospital | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Stellar Recovery | Unsecured | 442.00 | NA | NA | 0.00 | 0.00 |
| TCF Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TCF NATIONAL BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| T-MOBILE/T-MOBILE USA INC | Unsecured | NA | 706.01 | 706.01 | 0.00 | 0.00 |
| Universal Acceptance Corp. | Unsecured | 9,820.00 | NA | 10,583.42 | 0.00 | 0.00 |
| Universal Acceptance Corp. | Secured | NA | 10,583.42 | 10,583.42 | 0.00 | 0.00 |
| University of Chicago Hospitals | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US CELLULAR | Unsecured | 2,722.00 | 1,557.66 | 1,557.66 | 0.00 | 0.00 |
| US Cellular | Unsecured | 677.00 | NA | NA | 0.00 | 0.00 |
| UUAC - Ed Napleton | Unsecured | 9,605.00 | NA | NA | 0.00 | 0.00 |
| Various Creditors | Unsecured | 3,312.00 | 4,035.17 | 4,035.17 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Village of Riverdale | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Washington Mutual | Unsecured | 102.00 | NA | NA | 0.00 | 0.00 |
| Women's Workout World | Unsecured | 411.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $14,458.42 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$14,458.42** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$75,380.80** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $1.02 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS :** | **$1.02** |

**UST Form 101-13-FR-S (09/01/2009)**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 12/10/2013          By: /s/ Tom Vaughn
                                                                       Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**